UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TERENCE LAVOUR SWIFT** | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | CASE NO: 13-1158-STA-egb |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Reversing The Decision of the Commissioner and Remanding Pursuant to Sentence Four of 42 U.S.C. § 405(G) entered on June 6, 2017, the decision of the Commissioner is REVERSED, and the action is REMANDED for reassessment of Plaintiff's credibility and the medical opinions in the record pursuant to sentence four of 42 U.S.C. § 405(g).

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/6/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk